```
                                                                    O
                                                                  JS-6
```

# United States District Court
# Central District of California

| | |
|---|---|
| NATALIE GORDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAGJEET S. BINDRA; FRANCE A. CORDOVA; BRADFORD M. FREEMAN; RONALD L. OLSON; THOMAS C. SUTTON; PETER J. TAYLOR; VANESSA C.L. CHANG; THEODORE F. CRAVER, JR.; LUIS G. NOGALES; RICHARD T. SCHLOSBERG, III; BRETT WHITE; ROBERT L. ADLER; MARK CLARKE; WILLIAM J. SCILACCI; BERTRAND A. VALDMAN; EDISON INTERNATIONAL, nominal defendant,<br><br>    Defendants. | Case No. 2:14-cv-01058-ODW(ASx)<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On June 5, 2014, the Court granted Defendants' Motion to Dismiss and granted Plaintiff leave to amend consistent with Rule 11(b).  (ECF No. 18.)  The Court stated

that Gordon had 14 days in which to file an amended complaint, which fell on June 19, 2014.

To date, Gordon has not filed an amended complaint or any other response. The Court therefore **DISMISSES** Gordon's action **WITHOUT PREJUDICE** for lack of prosecution. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

June 23, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**